AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Cristian Fernando Gutierrez-Ochoa,<br>also known as "Luis Miguel Martinez"<br>DOB: ███<br>*Defendant(s)* | Case: 1:24-mj-00354<br>Assigned To : Judge Moxila A. Upadhyaya<br>Assign. Date : 11/6/2024<br>Description: COMPLAINT W/ARREST WARRANT |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __June 2013 to the Present__ in the county of __Washington, D.C.__ in the _____ District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21 U.S.C. §§ 959(a), 960(b)(1)(B), 960(b)(1)(H), 963<br><br>Title 18 U.S.C. §1956(a) and (h) | Conspiring to distribute five (5) kilograms or more of a mixture of substance containing a detectable amount of cocaine and five hundred (500) grams or more of a mixture or substance containing a detectable amount of methamphetamine, Schedule II controlled substances, knowing, intending, and having reasonable cause to believe that such substance would be unlawfully imported into the United States.<br>Conspiring to launder monetary instruments |

This criminal complaint is based on these facts:
See Affidavit of DEA Supervisory Special Agent Kyle J. Mori.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

DEA Supervisory Special Agent Kyle J. Mori
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __11/06/2024__                        _____
                                                                      *Judge's signature*

City and state:   __Washington, D.C.__          Moxila A. Upadhyaya, U.S. Magistrate Judge
                                                                    *Printed name and title*